**Exhibit A to the Complaint**

**Location:** San Diego, CA  **IP Address:** 76.167.199.146
**Total Works Infringed:** 65  **ISP:** Time Warner Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 52A7FA13F71FC05A593701895CDE7A0AD7201021 | Tushy | 09/26/2017 05:36:23 | 05/26/2017 | 06/22/2017 | PA0002039288 |
| 2 | 01803C654FBB1DB6CA3F00CDB3615E0B0BD30FA1 | Tushy | 07/31/2017 17:05:38 | 07/30/2017 | 08/11/2017 | 15711086778 |
| 3 | 02468FB5936B82D569B3718F48FF71EEBE6C9E14 | Tushy | 07/05/2017 22:30:31 | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 4 | 07D621EEA74765FC0981567F5C7C895B053E76C3 | Vixen | 06/04/2017 14:47:27 | 06/03/2017 | 07/06/2017 | 15584691685 |
| 5 | 084FCDA7C84964DA6E1B05353EE42CFC4B78A5B8 | Tushy | 05/07/2017 17:19:27 | 05/06/2017 | 06/15/2017 | 15389210313 |
| 6 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | Tushy | 05/20/2017 23:11:34 | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 7 | 0C38052DA135D91590C9D84E79AC21628D9E9BB6 | Tushy | 09/24/2017 01:10:18 | 09/23/2017 | 10/02/2017 | 15893930182 |
| 8 | 17C2B0609BE9B92AE0D1C44F1D6212EA6D1BB636 | Vixen | 08/14/2017 21:45:34 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 9 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 09/08/2017 12:58:33 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 10 | 1F93E1813574FF9ED7DE428E274DA9BB43405B3A | Tushy | 09/20/2017 07:16:07 | 09/18/2017 | 09/28/2017 | 15894022252 |
| 11 | 22883186DAB5FCA92C8513AD939652BCB867FD5C | Tushy | 08/20/2017 19:30:59 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 12 | 2A6509FEA47222250510958EA5C4731EB3FEDDE3 | Blacked | 09/23/2017 07:19:38 | 09/22/2017 | 10/02/2017 | 15894023159 |
| 13 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 08/16/2017 03:58:11 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 14 | 3004DD6FDD9097700B92FF546BB3F9C6F2D40153 | Vixen | 08/23/2017 14:09:36 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 15 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 10/08/2017 21:05:03 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 16 | 337A87F18ACD71687C3733C359197601B44E39FF | Vixen | 05/31/2017 02:49:53 | 05/29/2017 | 06/22/2017 | PA0002039292 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 09/29/2017 05:29:07 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 18 | 48F0D5FBC0D37A6E170636BCB41E5C01D08284A4 | Vixen | 08/18/2017 16:49:03 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 19 | 4B321B55536C35EC1609EE2AB4EFB520A5CFA67D | Vixen | 09/24/2017 17:04:38 | 07/03/2017 | 07/06/2017 | 15584691415 |
| 20 | 5166084D7A0A41643C398FCA03C47F3864D5AA14 | Vixen | 09/26/2017 05:19:33 | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 21 | 56BB70E2C34826294614E489DD23500BD0D18C66 | Tushy | 05/22/2017 15:28:26 | 05/21/2017 | 06/22/2017 | PA0002039282 |
| 22 | 5955C785662CE4EC3BC025F530BA0552003C19A3 | Tushy | 10/05/2017 14:06:55 | 10/03/2017 | 10/10/2017 | 15894022537 |
| 23 | 61C5B2788912F13F21B410A1E98951191B126004 | Tushy | 09/06/2017 21:28:58 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 24 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/03/2017 17:40:25 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 25 | 6640701B1DDC6C0A424BFD623B41D98E73D11B77 | Vixen | 08/08/2017 08:51:54 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 26 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | Tushy | 06/18/2017 15:54:15 | 06/15/2017 | 07/06/2017 | 15583057198 |
| 27 | 7186B894DFED282141789D052E4DDCD09764FAA3 | Tushy | 07/18/2017 18:50:42 | 07/15/2017 | 08/10/2017 | 15711014757 |
| 28 | 774A2CED1D4C60BC032A3D8767D4CB89D2EE3DB4 | Tushy | 09/24/2017 16:34:22 | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 29 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 07/14/2017 22:02:45 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 30 | 7CE6FEADBBC2BB102D5485BFFDD47F428E69B9D0 | Vixen | 08/30/2017 14:22:46 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 31 | 7DACB6AE0AE6F85AADF0C77A371BE198F3023A79 | Vixen | 09/29/2017 05:39:52 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 32 | 7FD68010B67D146FD8B30A465B7CE3E84912A882 | Vixen | 05/25/2017 20:47:38 | 05/24/2017 | 06/22/2017 | PA0002039294 |
| 33 | 84BEF1867B3EF57983478E33EBCC9E016308D060 | Tushy | 09/26/2017 05:34:49 | 05/11/2017 | 06/22/2017 | PA0002039286 |
| 34 | 84C01FA0E5D76CA23530990E9E685C47C10169FC | Blacked | 08/20/2017 18:16:25 | 08/18/2017 | 08/24/2017 | 15894022488 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8737D7D0823BFF5EE9801800DA9E329821895E31 | Blacked | 08/29/2017 06:46:21 | 08/28/2017 | 09/07/2017 | PA0002052848 |
| 36 | 8B485D3BC757FA33771C1D20346E7B9176C929B7 | Tushy | 10/09/2017 14:12:36 | 10/08/2017 | 10/22/2017 | PA0002058298 |
| 37 | 96964CD2E4F8BAF8EE290DC33962B3A520BDA4E7 | Tushy | 08/05/2017 23:02:47 | 08/04/2017 | 08/17/2017 | 15732903865 |
| 38 | A0ACD3E184A10BCE7493C1221C4462C6C614D827 | Tushy | 09/09/2017 16:18:09 | 09/08/2017 | 09/20/2017 | PA0002052841 |
| 39 | A2C87322636F63116A37FF787A2288CF1B784CC7 | Vixen | 09/12/2017 13:56:41 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 40 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 06/19/2017 14:08:37 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 41 | A3DA962966B22156A853DCCE4289A66A113ECF29 | Tushy | 08/30/2017 16:17:54 | 08/29/2017 | 09/07/2017 | 15894022439 |
| 42 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/18/2017 19:00:02 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 43 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 06/10/2017 22:17:38 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 44 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | Vixen | 08/03/2017 15:51:20 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 45 | BC570785D1C924C2FE8D1B5812B987DEC89FFA31 | Vixen | 09/04/2017 20:52:14 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 46 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | Vixen | 05/05/2017 19:10:56 | 05/04/2017 | 06/15/2017 | 15396282091 |
| 47 | BFB89D9733F601D4112B4779AC1E57E7657457E5 | Tushy | 10/14/2017 19:05:22 | 10/13/2017 | 10/22/2017 | PA0002058299 |
| 48 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 10/03/2017 02:35:54 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 49 | C28A866375FF6CB8933EE66D5D4642164AF0A438 | Tushy | 07/01/2017 19:03:36 | 06/25/2017 | 07/06/2017 | 15584063333 |
| 50 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 06/06/2017 00:16:25 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 51 | C4D962D93D3A28A8A1E03974E4AB29F4BF9E8331 | Vixen | 06/09/2017 13:20:46 | 06/08/2017 | 07/06/2017 | 15584691637 |
| 52 | C5A39ED1FD792604E2662A8ACCFA82F81B8BBFFD | Tushy | 08/10/2017 18:37:21 | 08/09/2017 | 08/17/2017 | 15732986259 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | D15DC5C02BBAC6429D7C3F2AAAD1F90312A0CC33 | Tushy | 08/26/2017 15:28:04 | 08/24/2017 | 08/24/2017 | PA0002052837 |
| 54 | DD25D5793D9B4E6B233443D51BBBAB888FCC9FF8 | Vixen | 05/10/2017 15:25:01 | 05/09/2017 | 06/22/2017 | PA0002039298 |
| 55 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/08/2017 07:26:46 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 56 | E13DF1C4B0B6D03FB52E1B5B4A384F331B4EA5C1 | Blacked | 06/10/2017 22:38:57 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 57 | E17386891F4078C6AF9BBADEF01DEA189F76D095 | Tushy | 09/14/2017 13:37:03 | 09/13/2017 | 09/25/2017 | 15894022635 |
| 58 | E1C14843DC58F3CB2CCB7383B242E4EE8D32363B | Tushy | 07/28/2017 19:38:59 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 59 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 07/01/2017 17:40:50 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 60 | EBC75FD3F24B24A008F1CB3134B8FD15ED6A438E | Tushy | 06/21/2017 02:24:42 | 06/20/2017 | 07/06/2017 | 15584063275 |
| 61 | F0310DE0CA3D0D5F0B9E1A72B974400A25224DCB | Blacked | 08/24/2017 14:25:46 | 08/23/2017 | 08/24/2017 | 15894022831 |
| 62 | F670712F170031C3BD02EAC6C0D811ABF1C0EA1B | Blacked | 09/13/2017 14:27:11 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 63 | F7A1C47732223661EE6488DD9ED980E6705D7179 | Tushy | 06/01/2017 20:56:22 | 05/31/2017 | 06/22/2017 | PA0002039299 |
| 64 | FD44EDB24CBD0DBFDF7E9F7D0E6A3B4451EDE702 | Vixen | 09/22/2017 04:49:18 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 65 | FD5E373399EF472BD00ED045C4D244E369622FF6 | Blacked | 05/31/2017 14:27:36 | 05/30/2017 | 06/22/2017 | PA0002039295 |