UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 76.167.199.146,<br><br>                Defendant. | Case No.: 3:17-cv-02316-GPC-KSC<br><br>**ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO COMPLETE SERVICE OF PROCESS BY SIXTY (60) DAYS**<br><br>**[Doc. No. 6]** |

Plaintiff has applied to the Court for an ex parte Order to continue the date to complete Service of Process by sixty (60) days. [Doc. No. 6].  Good cause appearing, the Court **GRANTS** plaintiff's ex parte application.  Within five (5) business days after completing service of process, plaintiff shall file proof of service with the Court.

**IT IS SO ORDERED**.

Dated:  February 13, 2018

Hon. Karen S. Crawford
United States Magistrate Judge